08-13-00030-CV

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00492-CV

R&M FAMILY LIMITED PARTNERSHIP

APPELLANT

V.

STEVE K. FLORY; JORGE E. CANSECO; COLUMBIA BROKERAGE INVESTMENTS, INC.; CCC MONTERY PARTNERS, LP; CBIF LIMITED PARTNERSHIP; AND COLUMBIA AIRPORT LLC

APPELLEES

------------

## FROM THE 141ST DISTRICT COURT OF TARRANT COUNTY

------------

## ORDER

------------

We have considered appellant's "Unopposed Motion To Extend Briefing Date."

The motion is **GRANTED.** The appellant's brief is ordered due **Thursday, March 21, 2013.**

The clerk of this court is directed to transmit a copy of this order to the attorneys of record.

DATED January 23, 2013.

PER CURIAM